UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

NICOLE KUTER,  )
     )
    Plaintiff,  )
     )    2:08-cv-930-RLH-GWF
vs.  )
     )
CENTRAL MORTGAGE COMPANY, *et al.,*)    **DISMISSAL BY COURT FOR**
     )    **WANT OF PROSECUTION**
     )
    Defendants.  )
     )

It appearing to the Court that this action has been pending in this Court for more than (9) MONTHS without any proceeding having been taken therein during such period; now therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that the above entitled action is hereby dismissed without prejudice for want of prosecution pursuant to provisions of LR 41-1 as to the sole remaining defendant, REALTY MORTGAGE, LLC.

DATED: January 26, 2011

_____
ROGER L. HUNT
Chief United States District Judge